IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-cv-34

| | |
|---|---|
| **GARY BARNETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **STATE AUTO PROPERTY &** ) | |
| **CASUALTY INSURANCE COMPANY** ) | |
| **and U.S. BANK NATIONAL** ) | |
| **ASSOCIATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*. In an Order (#18) entered by the undersigned on November 24, 2014, this Court declined to enter a Pretrial Order and Case Management Plan until the Court had ruled upon a Motion to Dismiss (#3) filed by Defendant State Auto Property & Casualty Insurance Company in which said Defendant moved to dismiss the Plaintiff's second cause of action. The undersigned has now entered an Order regarding the Motion to Dismiss. It thus appears the issues in this matter have joined as provided under LCvR 16.1(d). As a result, the undersigned will enter an Order directing the Plaintiff and Defendants convene an initial attorney's conference and present to the

1

undersigned a Certificate of Initial Attorney's Conference on or before February 6, 2015.

## ORDER

**IT IS, THEREFORE, ORDERED** that counsel for the Plaintiff and counsel for the Defendants confer and present to the Court a Certificate of Initial Attorney's Conference on or before **February 6, 2015**.

Signed: January 23, 2015

Dennis L. Howell
United States Magistrate Judge