# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14cv34

| | |
|---|---|
| GARY BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| STATE AUTO PROPERTY & | ) |
| CASUALTY INSURANCE COMPANY | ) |
| and U.S. BANK NATIONAL | ) |
| ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is the Motion to Dismiss [# 35]. Plaintiff moves the Court for an order dismissing this case with prejudice because the parties have settled this dispute. The Court **DENIES without prejudice** the motion [# 35]. The Court **DIRECTS** the parties to prepare and submit a joint Stipulation of Dismissal within ten (10) days of the entry of this Order.

Signed: November 5, 2015

Dennis L. Howell
United States Magistrate Judge

-1-